UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re: Steven J. Patterson,                                    Bk. No. 10-10221-JMD
      Jill M. Patterson                                        Chapter 13
          Debtors

### ORDER GRANTING MOTION TO DETERMINE SECURED STATUS AND VOID WHOLLY UNSECURED LIEN

Having considered the Motion to Determine Secured Status and Void Wholly Unsecured Lien of Beneficial Mortgage Co. of New Hampshire c/o HSBC Mortgage Services, Inc. (Claim No. 4) filed by Debtors, Steven J. Patterson, Jr. and Jill M. Patterson, the motion is hereby granted.  The creditor's claim is deemed wholly unsecured, and its lien recorded on October 25, 2006 at the Cheshire County Registry of Deeds, Book:2390, Page: 0754, shall be void upon completion of the Debtors' plan of reorganization and the Court's issuance of a discharge under 11 U.S.C. §1328(a).

ENTERED at Manchester, New Hampshire.

Date:  March 11, 2015                                    /s/   J. Michael Deasy
                                                    J. Michael Deasy
                                                    Bankruptcy Judge