UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re<br><br>Jill M. Patterson and Steven J. Patterson, Jr.,<br><br>Debtors | Case No. 10-10221-JMD<br>Chapter 13 |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Now Comes Beneficial New Hampshire Inc in response Trustee's Notice of Final Cure and states as follows:

1. Beneficial New Hampshire Inc. acknowledges receipt of $3,116.00 in trustee funds and that the pre-petition arrears are paid in full.

2. The loan is contractually and post petition due May 25, 2015 in the amount of $2,423.98.

3. There are no outstanding fees or costs.

Respectfully submitted,

Beneficial New Hampshire Inc. successor by merger to Beneficial Mortgage Co of New Hampshire.,
By its Attorney

/s/ Rian K. Vernon
Rian K. Vernon, Esquire
BNH 06767
Harmon Law Offices, P.C.
P.O. Box 610389
Newton, MA 02461-0345
(617) 558-0500
617-243-4049 (fax)
nhbk@harmonlaw.com

Dated: May 6, 2015

/201505-0045/Patterson, Jill

201505-0045        BKR

/Response to Objection to Proof of Claim/Patterson, Jill

In Re: Jill M. Patterson and Steven J. Patterson, Jr.<br>
Case No. 10-10221-JMD<br>
CHAPTER 13

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE:<br><br>Jill M. Patterson and Steven J. Patterson Jr. | CHAPTER 13<br>CASE NO. 10-10221-JMD |

### CERTIFICATE OF SERVICE

     I, Rian K. Vernon, Esquire, state that on May 6, 2015, I electronically filed the foregoing document on behalf of Beneficial New Hampshire Inc. successor by merger to Beneficial Mortgage Co of New Hampshire with the United States Bankruptcy Court for the District of New Hampshire using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Office of the US Trustee
Lawrence P. Sumski, Esquire, Chapter 13 Trustee
Gerald D. Neiman, Esquire for the Debtors

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

Jill M. Patterson
23 Woodland Heights Dr
Swanzey, NH 03446-2216


Steven J. Patterson Jr.
23 Woodland Heights Dr
Swanzey, NH 03446-2216

                                              /s/ Rian K. Vernon_____
                                              Rian K. Vernon, Esquire
                                              BNH 06767

//201505-0045/Patterson, Jill